IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

VIRGINIA RAIMOND,

    Plaintiff,

v.                                          Civil Action No. 5:05CV148
                                                    (JUDGE STAMP)

ATLAS GAS PRODUCTS, INC.,

    Defendant.

## **ORDER SETTING EVIDENTIARY HEARING AND ARGUMENT**

An evidentiary hearing and argument on Defendant, Atlas Gas Products, Inc.'s, Motion to Compel Discovery[1] shall be held **Wednesday, December 5, 2007, at 11:00 a.m.,** in the Magistrate Judge Courtroom, Room 433, Fourth Floor, United States Courthouse, Twelfth and Chapline Streets, Wheeling, West Virginia.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: November 16, 2007

                                                          /s/ James E. Seibert
                                                          JAMES E. SEIBERT
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. No. 57.