IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

VIRGINIA RAIMOND,

    Plaintiff,

v.                                                         Civil Action No. 5:05CV148
                                                                (JUDGE STAMP)

ATLAS GAS PRODUCTS, INC.,

    Defendant.

## **ORDER CONFIRMING PRONOUNCED ORDER OF THE COURT**

Plaintiff shall file her specific, detailed and verified responses to the following interrogatories and requests for production by delivery to the offices of counsel for Defendant on or before **12:00, Noon, Thursday, December 20, 2007**:

(1)     the name and address of the toxicologist who treated Ms. Raimond for propane exposure;

(2)     any documentation regarding the propane testing inside Ms. Raimond's home which showed high levels of propane;

(3)     any documentation regarding the testing of Ms. Raimond's appliances for propane leaks; and

(4)     produce for inspection and testing of the piece of gas line at issue in the case.

Counsel for Plaintiff shall confirm to the Court on or before **5:00 p.m. December 20, 2007** Plaintiff has complied with this Order.

Any party who appears pro se and any counsel of record, as applicable, may, within ten (10) days from the date of this Order, file with the Clerk of the Court an original and two (2) copies of the written objections identifying the portions of the Order to which objection is made, and the basis

for such objection. Failure to timely file objections to the Order set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Order.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: December 6, 2007

/s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE