```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

VIRGINIA RAIMOND,

    Plaintiff,

v.    Civil Action No. 5:05CV148
                                             (STAMP)
ATLAS GAS PRODUCTS, INC.,

    Defendant.


**ORDER SCHEDULING HEARING ON MOTIONS IN LIMINE
AND ESTABLISHING BRIEFING SCHEDULES**

On February 11, 2008, the parties, through counsel, appeared for a pretrial conference in the above-styled civil action. At the conference, the following additional deadlines were established and agreed to by the parties:

1.  On or before **February 15, 2008**, the defendant shall file any motion regarding any statute of limitations defense that it believes is applicable in this case. The plaintiff shall respond on or before **February 22, 2008**. The defendant shall reply on or before **February 27, 2008**.

2.  On or before **February 13, 2008**, the plaintiff shall file amended motions in limine setting forth only those issues that remain in dispute. The defendant shall respond on or before **February 19, 2008**.

3.  On or before **February 13, 2008**, the defendant shall file any supplement to its motion in limine to preclude testimony relative to any testimony from Dr. Donald Lyons, plaintiff's

designated expert.  The plaintiff shall respond on or before **February 19, 2008**.

    4.  The parties shall appear, by counsel, for a hearing on the motions in limine at the Wheeling point of holding court on **February 22, 2008 at 3:15 p.m.**

    IT IS SO ORDERED.

    The Clerk is directed to transmit a copy of this order to counsel of record herein.

    DATED:  February 12, 2008

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE